IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD MICHAEL GAMBOA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-1580 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| COMMONWEALTH OF PENNSYLVANIA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Having been granted leave to proceed *in forma pauperis* ("IFP"), Plaintiff is subject to the screening provisions in 28 U.S.C. § 1915(e). *See* Atamian v. Burns, 236 F. App'x 753, 755 (3d Cir. 2007) ("[T]he screening procedures set forth in [Section] 1915(e) apply to [IFP] complaints filed by prisoners and non-prisoners alike.") (citations omitted). Among other things, the screening provisions require a court to dismiss an action that is frivolous or malicious. El-Bey v. U.S., 619 F. App'x 53, 54 (3d Cir. Oct. 13, 2015).

In this case, to the extent they are intelligible, the sum total of Plaintiff's substantive allegations are as follows:

> The Complaint asserts that Plaintiff is seeking inheritance through a Roman Catholic title as a missionary and "new findings that bring about new knowledge that will pr[o]ve location of a bat cave." He "comes to seek the title of the prince and inheritance and also the . . . full rights of a father for he will pr[o]ve his iden[tit]y." He claims he was attacked due to his race, religion and his claim that he was a "Son of God" and that was used against him by Children and Youth Services. Plaintiff wants all to be held accountable "by the law of the book of discipline" and seeks the recovery of his house in Indiana County that was stolen by "the bank of mortgagee." He requests to be paid in full by the American Boy Scouts and to stop hiding his identity. He asks to be recognized as he just completed a biblical journey and can bring peace and stop a war, but it is up to the Courts to look into his claim. He states he wants to give back to the people all

that is owed by law and will prove "that the silver value and metal values are used in a fr[a]ud[ulent] way by the Federal Reserve." He further "comes to claim ownership of a biblical prophecy titled Saint Michael Chief of the Ark Angles *[sic]* and the Pope of Rome said that he would come by faith." He begs the Court to take notice that his is the "biblical prophet" and to help him "for his knowledge and discoveries ha[ve] changed the world but also will bring peace."

Compl. (Doc. 5).

Frivolity is "a category encompassing allegations that are fanciful, fantastic and delusional." El-Bey, 619 F. App'x at 54 (internal quotations and ellipses omitted). A complaint may be dismissed as such "when the facts alleged rise to the level of the irrational or the wholly incredible." *Id.* As the Court believes is self-evident, Plaintiff's allegations fall within this category. Thus, Plaintiff's action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this Order of Dismissal would not be taken in good faith.

IT IS SO ORDERED.

December 8, 2022                                  s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States District Judge

cc (via First-Class U.S. Mail):

EDWARD M. GAMBOA, JR.
2 Picket Lane # 104
White Township, PA 15701